## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 Cv 1341 |
|---|---|
| DEFENDANT<br>$110,746.00 in United States Currency | TYPE OF PROCESS<br>Publish Notice |

| SERVE AT | Charles Ciraco |
|---|---|
| | 1100 Raymond Blvd., 5th Fl. Newark, NJ 07102 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>U.S. ATTORNEY'S OFFICE- SDNY<br>ONE SAINT ANDREWS PLAZA<br>NEW YORK, NEW YORK 10007<br>ATTN: Tony Dulgerian | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE
FP&F or AFTRAK #

Please publish the following for three consecutive weeks in a newspaper of general circulation.

Please return to FSA Law Clerk Tony Dulgerian, 212-637-2404

| Signature of Attorney or other Originator requesting service on behalf of<br>AUSA Sharon Frase  S/ | [ X ] Plaintiff<br>[  ] Defendant | Telephone No.<br>212-637-2329 | Date<br>February 22, 2008 |
|---|---|---|---|

SIGNATURE OF PERSON ACCEPTING PROCESS: Jennifer Petelli, FP&F    Date 05/01/08

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served if not shown above:<br>J. Pollard Forfeiture Specialist | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency | | |

REMARKS:

Legal notice published in New York Post on March 28, 2008, April 4, 2008, and April 11, 2008.

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.

### RETURNED COPY

**State of New York**
COUNTY OF NEW YORK        } SS:

628895

INGRID CHRISTIANI being duly sworn, says that he/she is the principal Clerk of the Publisher of the

## *New York Post*

a daily newspaper of general circulation printed and published in the English language, in the County of New York, State of New York; that advertisement hereto annexed has been regularly published in the said "NEW YORK POST" once,

on the 28 day of March, 2008

on the 04 day of April, 2008

on the 11 day of April, 2008

---

USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94
UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK

On February 11, 2008, the United States of America commenced a civil action demanding forfeiture thereof pursuant to 18 U.S.C. § 981 for $110,746.00 in U.S. Currency.
Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by May 12, 2008 which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.
FOR NOTICE OF PUBLICATIONS GO TO: WWW.FORFEITURE.GOV

On December 1, 2006, Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts.

Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers.

This site is currently fully operational, civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website contains a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.

Dated: New York, New York
       March  , 2008

MICHAEL J. GARCIA
United States Attorney

---

BYRON STEVENS
Notary Public, State of New York
No. 01ST6117803
Qualified in New York County
Commission Expires November 1, 2008

Sworn to before me this _____ day of April 2008

_____
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===============================================================================

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$110,746.00  IN UNITED STATES CURRENCY,

Defendant-in-Rem.
===============================================================================

## PUBLICATION AFFIDAVIT
## 08 Civ. 1341 (SAS)
===============================================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON E. FRASE
**Assistant United States Attorney**
 **-Of Counsel-**