MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON E. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA,            :

              Plaintiff,          :

          - v. -                    :

$110,746.00 IN UNITED STATES         :
CURRENCY, MORE OR LESS, AND ALL
PROCEEDS TRACEABLE THERETO,          :

          Defendant-in-rem.  :
---------------------------------x

DECLARATION IN SUPPORT OF
DEFAULT JUDGMENT
08 Civ. 1341 (SAS)

       SHARON E. FRASE, pursuant to 28 U.S.C. § 1746, declares

under penalty of perjury as follows:

       1.    I am an Assistant United States Attorney in the

Office of Michael J. Garcia, United States of Attorney for the

Southern District of New York, attorney for plaintiff herein.  I

have responsibility for the above-captioned matter, and as such, I

am familiar with the facts and circumstances of this proceeding.

This declaration is submitted in support of plaintiff's request for

a default judgment in the above-captioned case.

       2.    On February 11, 2008, the United States commenced a

civil action for the forfeiture of the above-referenced defendant-

in-rem by filing a Verified Complaint.  A copy of the Verified

Complaint is attached hereto as Exhibit A and is fully incorporated

by reference herein.

     3.   On February 12, 2008 notice letters of the Verified Complaint were sent by certified mail, return receipt requested, to Zhu Qiaowen, ███████████████████, New York ████; Sansani Mouhama, ████████████████, Bronx, New York ████; and Jimmy Yee, ████████████, New York, New York ████. These are the only individuals known by the Government to have a potential interest in the defendant-in-rem. A copy of the notice letters are attached hereto as Exhibit B.

     4.   Notice of the Verified Complaint and in rem warrant against the defendant-in-rem was published on the official government internet site (www.forfeiture.gov) for 30 consecutive days beginning on February 20, 2008. Proof of such publication was filed with the Clerk of this Court on March 27, 2008. A copy of this proof of publication is attached hereto as Exhibit C.

     5.   Notice of the Verified Complaint and in rem warrant against the defendant-in-rem was published in the New York Post once in each of the three successive weeks beginning on March 28, 2008 and proof of such publication was filed with the Clerk of this Court on May 9, 2008. A copy of this proof of publication is attached hereto as Exhibit D.

     6.   No claims or answers were filed or made in this action, and no parties have appeared to contest the action to date, and the requisite time periods have expired.

2

7. Accordingly, the Government requests that the Court enter the proposed Default Judgment.

8. No previous application for the relief requested herein has been sought.

Dated:    New York, New York
          May 20, 2008

SHARON E. FRASE
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

# EXHIBIT A

JUDGE SCHEINDLIN

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON E. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

**08 CV 01341**

RECEIVED
FEB 11 2008
U.S.D.C.S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,                  :

                        Plaintiff,         :

            v.                             :        VERIFIED COMPLAINT

$110,746.00 IN UNITED STATES              :        08 Civ.
CURRENCY, MORE OR LESS, AND ALL
PROCEEDS TRACEABLE THERETO,                :

                        Defendant In Rem.  :

----------------------------------------X

Plaintiff, United States of America, by its attorney,

MICHAEL J. GARCIA, United States Attorney for the Southern

District of New York, for its complaint alleges as follows:

### I. JURISDICTION AND VENUE

1.    This action is brought pursuant to 18 U.S.C. § 981

by the United States of America seeking the forfeiture of

$110,746 in United States currency (the "defendant-in-rem

currency");

2.    This Court has jurisdiction pursuant to 28 U.S.C.

§§ 1345 and 1355.  Venue is proper under 28 U.S.C. § 1355(a)

because the actions giving rise to forfeiture took place in the

Southern District of New York and the defendant-in-rem currency

was found and seized in the Southern District of New York.

      3.    The defendant-in-rem currency is presently in the custody of the United States Department of Homeland Security, Bureau of Immigration and Customs Enforcement, on deposit at Wachovia Bank in Edison, New Jersey.

## II. PROBABLE CAUSE FOR FORFEITURE

      4.    On August 5, 2007, the NYPD conducted observations of a vehicle containing three occupants parked at a fire hydrant in a drug prone location in Bronx, NY. The car was being operated by a man identified as ZHU QIAOWEN of ███████████ Brooklyn, New York, ██████. As officers approached the vehicle, they observed an occupant sitting in the back seat of the car, later identified as SANSANI MOUHAMA, attempting to conceal a black shopping bag. Officers asked the driver and occupants why they were parked there and each occupant's explanation was different. The officers then asked all three occupants to exit the vehicle. As the officers observed the inside of the vehicle, they noticed that the aforementioned black shopping bag contained currency. Further inspection of the contents of the bag revealed $110,746.00 in U.S. currency and $5,500 in blank money orders. When officers asked the occupants whose money it was, ZHU QIAOWEN stated that it was his. He went on to say that he had won the money at the Showboat Casino in Atlantic City the previous evening. Officers recovered an additional 119 money orders filled out in different names, business records and two pairs of Nike

sneakers from the vehicle. ZHU QIAOWEN then admitted that the Nike sneakers also belonged to him. The Nike sneakers recovered from the vehicle were later identified as counterfeit trademarked merchandise. Upon further questioning, SANSANI MOUHAMA disclosed that he was employed by ZHU QIAOWEN in the business of selling merchandise. He also admitted that his residence contained additional quantities of counterfeit Nike sneakers. After obtaining written consent from SANSANI MOUHAMA, officers searched MOUHAMA's residence on Walton Avenue in Bronx, New York, and recovered a quantity of counterfeit Nike sneakers. Subsequently both ZHU QIAOWEN AND SANSANI MOUHAMA were arrested and charged with violation of NYPL § 165.71, Trademark Counterfeiting in the 3rd Degree, an A-misdemeanor.

5.    NYPD seized the $110,746 in U.S. currency and the $5000 in money orders because they determined it to be the proceeds from sales of Nike Trademark counterfeit items. NYPD placed the seized funds in evidence bags, and deposited them the NYPD Property Clerk.  Then, on September 19, 2007, $110,746 of the seized defendant funds were adopted by U.S. Customs and Border Protection and deposited into an account at Wachovia Bank in Edison, New Jersey.

<u>CLAIM FOR RELIEF</u>

6.    Plaintiff repeats each and every allegation contained in paragraphs 1 through 5 as if fully set forth herein.

7.    Pursuant to Title 18, United States Code, Section

981 (a)(1)(A), any property, real or personal, or any property traceable to such property, which is involved in a transaction or attempted transaction in violation of Title 18, United States Code, Section 1956, is subject to forfeiture to the United States.

8.    The defendant-in-rem currency is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because there is probable cause to believe that it constitutes property involved in or otherwise traceable to a financial transaction or attempted financial transaction conducted or attempted to be conducted with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956 (a)(1)(A).

9.    The defendant-in-rem currency is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because there is probable cause to believe that it constitutes property involved in or otherwise traceable to a financial transaction conducted or attempted to be conducted with knowledge that the transaction was designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity, in violation of Title 18 United States Code, Section 1956 (a)(B)(i).

10.    By reason of the above, the defendant-in-rem currency became, and is, subject to forfeiture to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(A).

WHEREFORE, plaintiff United States of America prays that process issue to enforce the forfeiture of the defendant-in-rem currency and that all persons having an interest in the defendant-in-rem currency be cited to appear and show cause why the forfeiture should not be decreed, and that this Court decree forfeiture of the defendant-in-rem currency to the United States of America for disposition according to law, and that this Court grant plaintiff such further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated:     New York, New York
           February // , 2008


                         MICHAEL J. GARCIA
                         United States Attorney
                         Southern District of New York

                     By: _____
                         Sharon E. Frase (SF-4906)
                         Assistant United States Attorney
                         One St. Andrew's Plaza
                         New York, New York 10007
                         Telephone: (212) 637-2329

VERIFICATION

STATE OF NEW YORK                    )
COUNTY OF NEW YORK                   :
SOUTHERN DISTRICT OF NEW YORK        )

WILLIAM MCCABE, being duly sworn, deposes and says that he
is a Detective with the New York City Police Department, and as
such has responsibility for the within action; that he has read
the foregoing complaint and knows the contents thereof, and that
the same is true to the best of his own knowledge, information
and belief.

The sources of deponent's information and the grounds of his
belief are official records and files of the New York City Police
Department and the United States Government, and information
obtained directly by deponent during an investigation of alleged
counterfeiting activities, including violations of Title 18,
United States Code, Section 1956.

_____
WILLIAM MCCABE
Special Agent
U.S. Customs and Border Protection

Sworn to before me this
11th day of February, 2008

_____
NOTARY PUBLIC

MARCO DASILVA
Notary Public, State of New York
No. 01DA6145603
Qualified in Nassau County
My Commission Expires May 8, 2010

# EXHIBIT B

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2008

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED
Zhu Qiaowen
████████████████
Brooklyn, New York ███

Re: U.S. v. $110,746.00 in UNITED STATES CURRENCY
08 Civ. 1341

Dear Mr. Qiaowen:

This letter is to advise you that on February 11, 2008, the United States commenced a civil action in the United States District Court for the Southern District of New York seeking the forfeiture of the above-referenced property pursuant to 18 U.S.C. § 981(a)(1)(A). A copy of the complaint in this action is enclosed.

Should you wish to contest the forfeiture, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure with the Clerk of the Court no later than thirty five (35) days of the date of this letter. Thereafter, within twenty (20) days after filing a claim, you must file your answer to the complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which you may have pending, and failure to do so could result in the entry of a default judgment against the property.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Sharon Frase
Assistant United States Attorney
Tel. No.: (212) 637-2329
Fax No:  (212) 637-0421

Enclosure

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7003 2260 0000 4034 6793

Sent To
Zhu Qiaowen
Street, Apt. No.; or PO Box No.
City, State, ZIP+4  Brooklyn, New York

PS Form 3800, June 2002        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Zhu Qiaowen

Brooklyn, New York

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X                                    ☐ Agent
                                     ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2.     7003 2260 0000 4034 6793

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2008

CERTIFIED MAIL-RETURN
<u>RECEIPT REQUESTED</u>
Sansani Mouhama ████████

Bronx, New York ████

     Re:  <u>U.S. v. $110,746.00 in UNITED STATES CURRENCY</u>
          08 Cv. 1341

Dear Mr. Mouhama:

     This letter is to advise you that on February 11, 2008, the United States commenced a civil action in the United States District Court for the Southern District of New York seeking the forfeiture of the above-referenced property pursuant to 18 U.S.C. § 981(a)(1)(A). A copy of the complaint in this action is enclosed.

     Should you wish to contest the forfeiture, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure with the Clerk of the Court no later than thirty five (35) days of the date of this letter. Thereafter, within twenty (20) days after filing a claim, you must file your answer to the complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which you may have pending, and failure to do so could result in the entry of a default judgment against the property.

     Very truly yours,

          MICHAEL J. GARCIA
          United States Attorney

     By: _____
          Sharon Frase
          Assistant United States Attorney
          Tel. No.: (212) 637-2329
          Fax No:   (212) 637-0421

Enclosure

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To   *Sansani Mouhama*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4    *Bronx, New York*

PS Form 3800, June 2002                 See Reverse for Instructions

7003 2260 0000 4034 7028

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by *(Please Print Clearly)*    B. Date of Delivery
San Sani Mouhama

C. Signature
X ☐ Agent
☐ Addressee

1. Article Addressed to:

*Sansani Mouhama*

*Bronx, New York*

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

FEB 1 2 2008    USPS

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Ar    7003 2260 0000 4034 7028

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2008

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED
Jimmy Yee, CPA

New York, New York

      Re:   U.S. v. $110,746.00 in UNITED STATES CURRENCY
            08 Cv. 1341

Dear Mr. Yee:

          This letter is to advise you that on February 11, 2008, the United States commenced a civil action in the United States District Court for the Southern District of New York seeking the forfeiture of the above-referenced property pursuant to 18 U.S.C. § 981(a)(1)(A). A copy of the complaint in this action is enclosed.

          Should your client wish to contest the forfeiture, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure with the Clerk of the Court no later than thirty five (35) days of the date of this letter. Thereafter, within twenty (20) days after filing a claim, you must file your answer to the complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which you may have pending, and failure to do so could result in the entry of a default judgment against the property.

          Very truly yours,

          MICHAEL J. GARCIA
          United States Attorney

By: _____
          Sharon Frase
          Assistant United States Attorney
          Tel. No.: (212) 637-2329
          Fax No:  (212) 637-0421

Enclosure

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Jimmy Yee

Street, Apt. No.;
or PO Box No.
City, State, ZIP+4     New York, New York

7003 2260 0000 4034 7035

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jimmy Yee

New York, New York

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery   2/26/2008

C. Signature
X                                    ☐ Agent
                                     ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7003 2260 0000 4034 7035

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )
                                         )
              v.                         )        08 CV. 1341(SAS)
                                         )
US v. $110,746.00 in United States       )
Currency                                 )
                                         )
                    Defendant.           )

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 20, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 27, 2008.

                        MICHAEL J. GARCIA
                        UNITED STATES ATTORNEY
                        By: _____
                           Sharon E. Frase
                           Assistant United States Attorney

Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
COURT CASE NUMBER: 08 CV. 1341(SAS); NOTICE OF FORFEITURE ACTION

Pursuant to 18 USC 981, the United States filed a verified Complaint for Forfeiture against the following property:

$110,746.00 in United States Currency (07-ICE-000878), which was seized from Zhu Qiaowen on August 05, 2007 at a parked vehicle, located in Bronx, NY

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (February 20, 2008) of this Notice on this official government internet web site and an Answer within 20 days thereafter.  Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and copies of each served upon Assistant United States Attorney Sharon E. Frase, One St. Andrew's Plaza, New York, NY  10007, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site
for at least 18 hours per day between February 20, 2008 and March 20, 2008.
Below is a summary report that identifies the uptime for each day within
the 30-day period and reports the results of the web monitoring system's
daily check that verifies that the advertisement was available each day.

US v. $110,746.00 in United States Currency
**Court Case No:** 08 CV. 1341(SAS)
**For Asset** 07-ICE-000878 $110,746.00 in United States
**ID(s):** Currency

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/20/2008 | 23.4 | Verified |
| 2 | 02/21/2008 | 23.4 | Verified |
| 3 | 02/22/2008 | 23.6 | Verified |
| 4 | 02/23/2008 | 22.5 | Verified |
| 5 | 02/24/2008 | 23.6 | Verified |
| 6 | 02/25/2008 | 23.6 | Verified |
| 7 | 02/26/2008 | 23.3 | Verified |
| 8 | 02/27/2008 | 23.7 | Verified |
| 9 | 02/28/2008 | 23.0 | Verified |
| 10 | 02/29/2008 | 23.2 | Verified |
| 11 | 03/01/2008 | 23.0 | Verified |
| 12 | 03/02/2008 | 23.0 | Verified |
| 13 | 03/03/2008 | 23.3 | Verified |
| 14 | 03/04/2008 | 21.8 | Verified |
| 15 | 03/05/2008 | 23.5 | Verified |
| 16 | 03/06/2008 | 22.7 | Verified |
| 17 | 03/07/2008 | 23.6 | Verified |
| 18 | 03/08/2008 | 23.5 | Verified |
| 19 | 03/09/2008 | 22.6 | Verified |
| 20 | 03/10/2008 | 21.5 | Verified |
| 21 | 03/11/2008 | 22.7 | Verified |
| 22 | 03/12/2008 | 22.8 | Verified |
| 23 | 03/13/2008 | 22.8 | Verified |
| 24 | 03/14/2008 | 22.5 | Verified |
| 25 | 03/15/2008 | 22.8 | Verified |
| 26 | 03/16/2008 | 22.8 | Verified |
| 27 | 03/17/2008 | 22.7 | Verified |
| 28 | 03/18/2008 | 22.8 | Verified |
| 29 | 03/19/2008 | 22.8 | Verified |
| 30 | 03/20/2008 | 22.8 | Verified |

Additional log information is available and kept in the archives for 15 years
after the asset has been disposed.  For more information, please contact
Sharon E. Frase in the Southern District of New York at 212-637-2329.

# EXHIBIT D

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 Cv 1341 |
|---|---|
| DEFENDANT<br>$110,746.00 in United States Currency | TYPE OF PROCESS<br>Publish Notice |

| SERVE<br>AT | Charles Ciraco |
|---|---|
| | 1100 Raymond Blvd., 5th Fl. Newark, NJ 07102 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>U.S. ATTORNEY'S OFFICE- SDNY<br>ONE SAINT ANDREWS PLAZA<br>NEW YORK, NEW YORK 10007<br>ATTN:  Tony Dulgerian | Number Of Process To Be<br>Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be<br>Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE
FP&F or AFTRAK #

　　　　　　　　Please publish the following for three consecutive weeks in a newspaper of general
circulation.


　　　　　　　　Please return to FSA Law Clerk Tony Dulgerian, 212-637-2404

| Signature of Attorney or other Originator requesting service on behalf of<br>AUSA Sharon Frase | [ X ] Plaintiff<br>[  ] Defendant | Telephone No.<br>212-637-2329 | Date<br>February 22, 2008 |
|---|---|---|---|

SIGNATURE OF PERSON ACCEPTING PROCESS:　　　　　　　　　　　　　　　　Date

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the<br>Total # of Process Indicated. | District of<br>Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY<br>OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [  ] PERSONALLY SERVED, [  ] HAVE LEGAL EVIDENCE OF SERVICE, [ ✓ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[  ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served if not shown above:<br>J. Pollard Forfeiture Specialist | [  ] A Person of suitable age and discretion then residing in the<br>defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [  ] AM<br>[  ] PM |
| | Signature, Title and Treasury Agency | | |

REMARKS:

*Legal Notice published in New York Post on March 28, 2008,*
*April 4, 2008, and April 11, 2008.*

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed.  SEND ORIGINAL + 4 COPIES  to TREASURY AGENCY.  Retain Copy #5 for your file.*

## RETURNED COPY

**State of New York**

COUNTY OF NEW YORK

*SS:*

628895

INGRID CHRISTIANI _____ being duly sworn,

says that he/she is the principal Clerk of the Publisher of the

## *New York Post*

a daily newspaper of general circulation printed and published in the English language, in the County of New York, State of New York; that advertisement hereto annexed has been regularly published in the said "NEW YORK POST" once,

on the 28 day of March, 2008
on the 04 day of April, 2008
on the 11 day of April, 2008

USA-33s-100-NOTICE OF CIVIL FOR-FEITURE PROCEEDING Rev. 11/94 UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

On February 11, 2008, the United States of America commenced a civil action demanding forfeiture thereof pursuant to 18 U.S.C. § 981 for $110,746.00 in U.S. Currency.

Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by May 12, 2008 which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.
FOR NOTICE OF PUBLICATIONS GO TO: WWW.FORFEITURE.GOV

On December 1, 2006, Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts.

Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers.

This site is currently fully operational, civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website contains a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.

Dated: New York, New York
March , 2008

MICHAEL J. GARCIA
United States Attorney



BYRON STEVENS
Notary Public, State of New York
No. 01ST6117803
Qualified in New York County
Commission Expires November 1, 2008

Sworn to before me this _____ day of _____ 2008

**Notary Public**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$110,746 IN UNITED STATES CURRENCY,

Defendant-in-rem.

## DECLARATION IN SUPPORT OF DEFAULT JUDGMENT
## 08 Civ. 1341 (SAS)

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON E. FRASE
**Assistant United States Attorney**
**-Of Counsel-**