MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON E. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/08

RECEIVED
CHAMBERS OF
MAY __, 2008
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :

                    Plaintiff,      :

          - v. -                    :     DEFAULT JUDGMENT
                                          08 Civ. 1341 (SAS)
$110,746.00 IN UNITED STATES        :
CURRENCY, MORE OR LESS, AND ALL
PROCEEDS TRACEABLE THERETO,         :

                    Defendant-in-rem. :
------------------------------------x

       WHEREAS, on February 11, 2008, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem by filing a Verified Complaint;

       WHEREAS, on February 12, 2008 notice letters of the Verified Complaint were sent by certified mail, return receipt requested, to Zhu Qiaowen, ▬▬▬▬▬▬▬▬▬, Brooklyn, New York ▬▬; Sansani Mouhama, ▬▬▬▬▬▬▬▬▬▬▬, Bronx, New York ▬▬; and Jimmy Yee, ▬▬▬▬▬▬▬, New York, New York ▬▬, notifying them of their potential interest in this action, and of their right to file a claim and answer and contest the forfeiture;

WHEREAS, the foregoing are the only individuals known by the Government to have a potential interest in the defendant-in-rem;

WHEREAS, notice of the Verified Complaint and *in rem* warrant against the defendant-in-rem was published on the official government internet site (www.forfeiture.gov) for 30 consecutive days beginning on February 20, 2008, and proof of such publication was filed with the Clerk of this Court on March 27, 2008;

WHEREAS, notice of the Verified Complaint and *in rem* warrant against the defendant-in-rem was published in the *New York Post* once in each of the three successive weeks beginning on March 28, 2008, and proof of such publication was filed with the Clerk of this Court on May 9, 2008;

WHEREAS, no claims or answers were filed or made in this action, and no parties have appeared to contest the action to date, and the requisite time periods have expired;

NOW THEREFORE, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorneys for the plaintiff United States of America, Sharon Frase of counsel;

IT IS HEREBY ORDERED that:

1. Plaintiff United States of America shall have judgment by default against the defendant-in-rem.

2. The defendant-in-rem be, and the same hereby is, forfeited to the plaintiff United States of America.

3. The Department of Treasury shall dispose of the defendant-in-rem, according to law. *The Clerk of the Court is directed to close the motion [Document No. 5].*

Dated: New York, New York
~~May~~ August 1, 2008

SO ORDERED:

_____
HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

$110,746 IN UNITED STATES CURRENCY,

Defendant-in-rem.

## DEFAULT JUDGMENT
## 08 Civ. 1341 (SAS)

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON E. FRASE
**Assistant United States Attorney**
**-Of Counsel-**